## RECONSIDERATION DOCKET

**94–2748.** Previte v. Previte. *Lake County,* No. 94–L–019. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.